570

**Walter B. BRACKEN v. MINERAL POINT COAL CO. et al., Appellants.**

No. 8369.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 16, 1943.

Decided Nov. 17, 1943.

Edward J. Harkins, of Johnstown, Pa., for appellants.

Morton Meyers, of Johnstown, Pa. (Graham, Yost, Meyers & Graham, of Johnstown, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The findings of fact of the court below are supported by the evidence. The judgment is affirmed on those findings and for the reasons stated in the opinion of Judge Gibson, 48 F.Supp. 892.

**Prentiss M. BROWN, Administrator, Office of Price Administration, Appellant, v. John DAVIDIAN, Appellee.**

No. 10588.

Circuit Court of Appeals, Ninth Circuit.

Nov. 18, 1943.

Frank S. Balthis, Jr., Chief Atty., Office of Price Administration, John J. Ford, Chief Enforcement Atty., H. Eugene Breitenbach, Chief Litigation Atty., and Arline Martin, Enforcement Atty., O.P.A., all of Los Angeles, Cal., for appellant.

Joseph L. Fainer and Jerrell Babb, both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

**CARSON & TAHOE LUMBER & FLUMING CO., a Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10380.

Circuit Court of Appeals, Ninth Circuit.

Nov. 12, 1943.

George H. Koster and Bayley Kohlmeier, both of San Francisco, Cal. (L. A. Luce, of Washington, D. C., of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, F. E. Youngman, and Jos. J. Jones, Sp. Assts. to Atty. Gen., for respondent.

Before GARRECHT, DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, briefs filed by respective parties, and oral arguments, ordered decision of Tax Court of the United States affirmed, mandate to issue in accordance with Rule 28.

**James DE SIMONE, Appellant, v. UNITED STATES of America.**

No. 12596.

Circuit Court of Appeals, Eighth Circuit.

Oct. 21, 1943.

James Daleo and Joseph N. Miniace, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.